FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN A. OCKER, | Case No. EDCV 12-01510 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: July 29, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE